IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LEARONARDO TRUSS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION. NO. |
| | ) | 2:09cv894-MHT |
| WILLIE THOMAS, et al., | ) | (WO) |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendants Willie Thomas, Charles McKee, and Willie Burton's motion for summary judgment (doc. no. 15) is granted.

(2) Judgment is entered in favor of the defendants Thomas, McKee, and Burton and against plaintiff Learonardo Truss, with plaintiff Truss taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Truss, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of September, 2012.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE